UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 20-10115 |
| | ) |
| v. | ) Violations: |
| | ) |
| JOSE MIGUEL SPINOLA, | ) Counts One-Thirteen: Aiding Preparation |
| | ) of False Tax Returns (26 U.S.C. § 7206(2)) |
| Defendant | ) |
| | ) Count Fourteen: Filing a False Tax Return |
| | ) (26 U.S.C. § 7206(1)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. JOSE MIGUEL SPINOLA ("SPINOLA") was a resident of Brockton, Massachusetts.

2. Miguel Spinola's Notary and Document Translation Service ("MSNT") was a sole-proprietorship owned and operated by SPINOLA in Brockton, Massachusetts.

3. Among other services, MSNT provided income tax preparation services for clients. SPINOLA represented himself to be an experienced tax preparer and, for a fee, SPINOLA prepared and filed Federal income tax returns with the Internal Revenue Service ("IRS") on behalf of clients of MSNT.

### The Federal Tax Requirements

4. The IRS was an agency of the United States within the Department of the Treasury and was responsible for administering and enforcing the tax laws of the United States, including the assessment and collection of federal income taxes.

5.	U.S. Individual Income Tax Return, Form 1040 ("Form 1040"), was an annual income tax return filed with the IRS for the purpose of reporting income, and for claiming certain exemptions, deductions, and credits. Form 1040 was used by the IRS to assess tax liabilities.

6.	Schedule A was an optional attachment to Form 1040 that U.S. taxpayers could use to report their itemized deductions. Among the permissible deductions available to U.S. taxpayers on Schedule A were medical and dental expenses, charitable donations, and unreimbursed employee business expenses, including business related meals and entertainment, business miles, and work apparel.

7.	Under the tax laws, individuals who receive gross income in excess of the minimum filing amount established by law for a particular tax year are required to make and file a personal income tax return for that tax year. Gross income means all income from whatever source derived, including but not limited to compensation for services, including fees, commissions, fringe benefits and similar items.

8.	SPINOLA was required to prepare and file personal income tax returns using IRS Form 1040 to report, among other things, all gross income from whatever source derived, including fees earned from MSNT's tax services.

### SPINOLA'S Preparation of False Income Tax Returns for Clients

9.	On various occasions between at least 2014 and 2017, SPINOLA prepared and filed income tax returns for MSNT clients that contained false and inflated information on the clients' IRS Form 1040, U.S. Individual Income Tax Returns and attached Schedules A. Without his clients' knowledge or consent, SPINOLA added false, inflated, and ineligible

expenses on his clients' Schedules A. By increasing Schedule A deductions, SPINOLA decreased his clients' taxable income, as reported on the Forms 1040, and effectively increased the clients' tax refunds.

10. SPINOLA informed his clients of the total tax refund they would be receiving from the IRS without telling them about the false, inflated, or ineligible expenses SPINOLA deducted as part of their tax returns.

11. After preparing clients' income tax returns, SPINOLA filed the returns with the IRS electronically, and thereby caused the IRS to issue tax refunds in amounts higher than the clients were legally entitled to receive.

### SPINOLA'S Preparation of False Tax Return for Undercover Agent

12. In or about March 2017, SPINOLA prepared and filed a false and fraudulent 2016 federal tax return for an undercover agent (the "UC"), who presented as a client to SPINOLA and provided a false W-2 form. The UC provided no information about medical and dental expenses, gifts to charity, or unreimbursed employee business expenses. Nevertheless, SPINOLA prepared a Schedule A and Form 1040 for the UC that included false items such as medical and dental expenses, gifts to charity, and unreimbursed employee business expenses.

13. As a result of the false expenses, the UC was entitled to a tax refund when the UC should have owed taxes.

### SPINOLA'S Submission of His Own False Personal Tax Return

14. The income SPINOLA derived from owning and operating MSNT was taxable income to SPINOLA during the years the income was received.

15. For the tax year 2015, SPINOLA failed to report the income derived from MSNT to the IRS on his Form 1040, U.S. Individual Income Tax Return.

16. SPINOLA filed a 2015 Form 1040, U.S. Individual Income Tax Return with the IRS reporting $1 in gross business receipts. This return did not include an additional $46,354 of business receipts earned by MSNT during the year.

17. As a result of SPINOLA's failure to report the all the income he received from MSNT, SPINOLA underpaid his personal federal income taxes for 2015 by approximately $9,221.

## COUNTS ONE - THIRTEEN
(Aiding and Assisting in the Preparation of False Tax Returns)
(26 U.S.C. § 7206(2))

The Grand Jury charges:

18. The Grand Jury re-alleges and incorporates by reference paragraphs 1-17 of this Indictment.

19. On or about the dates listed below, in the District of Massachusetts and elsewhere, the defendant,

JOSE MIGUEL SPINOLA,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with any matter arising under, the internal revenue laws, of Forms 1040, U.S. Individual Income Tax Returns, individual and jointly filed, for the taxpayers and tax years specified, which were false and fraudulent as to material matters, in that the Forms 1040 represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions in the amounts specified, whereas the defendant then and there knew, the taxpayers were not entitled to claim such deductions in such amounts, if at all:

| Count | Date of Offense | Taxpayer | Tax Year | Misrepresentation | False Amount |
|---|---|---|---|---|---|
| 1 | 3/4/2015 | FL & SSL | 2014 | Form 1040, Schedule A, Line 27 | $19,272.00 |
| 2 | 3/7/2016 | FL & SSL | 2015 | Form 1040, Schedule A, Line 4 | $3,477.00 |
|   |          |          |      | Form 1040, Schedule A, Line 27 | $22,334.00 |
| 3 | 3/10/2017 | FL & SSL | 2016 | Form 1040, Schedule A, Line 4 | $4,749.00 |
|   |           |          |      | Form 1040, Schedule A, Line 27 | $28,558.00 |
| 4 | 2/21/2015 | MS & DS | 2014 | Form 1040, Schedule A, Line 4 | $3,336.00 |
|   |           |         |      | Form 1040, Schedule A, Line 27 | $27,635.00 |
| 5 | 2/26/2016 | MS & DS | 2015 | Form 1040, Schedule A, Line 4 | $3,134.00 |
|   |           |         |      | Form 1040, Schedule A, Line 27 | $13,767.00 |
| 6 | 2/18/2017 | MS & DS | 2016 | Form 1040, Schedule A, Line 4 | $5,013.00 |
|   |           |         |      | Form 1040, Schedule A, Line 27 | $15,935.00 |
| 7 | 4/13/2015 | MG & MG | 2014 | Form 1040, Schedule A, Line 27 | $20,486.00 |
| 8 | 3/23/2016 | MG & MG | 2015 | Form 1040, Schedule A, Line 4 | $5,450.00 |
|   |           |         |      | Form 1040, Schedule A, Line 27 | $22,210.00 |
| 9 | 4/18/2017 | MG & MG | 2016 | Form 1040, Schedule A, Line 4 | $2,933.00 |
|   |           |         |      | Form 1040, Schedule A, Line 27 | $21,179.00 |
| 10 | 4/1/2015 | AS | 2014 | Form 1040, Schedule A, Line 27 | $12,177.00 |
| 11 | 2/24/2016 | AS | 2015 | Form 1040, Schedule A, Line 4 | $4,347.00 |
|    |           |    |      | Form 1040, Schedule A, Line 27 | $12,123.00 |
| 12 | 3/9/2017 | MS & AS | 2016 | Form 1040, Schedule A, Line 4 | $10,797.00 |
|    |          |         |      | Form 1040, Schedule A, Line 27 | $23,809.00 |
| 13 | 3/9/2017 | UC | 2016 | Form 1040, Schedule A, Line 4 | $4,336.00 |
|    |          |    |      | Form 1040, Schedule A, Line 19 | $207.00 |
|    |          |    |      | Form 1040, Schedule A, Line 27 | $14,453.00 |

All in violation of Title 26, United States Code, Section 7206(2).

COUNT FOURTEEN
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The Grand Jury further charges:

20.     The Grand Jury re-alleges and incorporates by reference paragraphs 1-8 and 14-17 of this Indictment.

21.     On or about April 18, 2016, in the District of Massachusetts and elsewhere, the defendant,

JOSE MIGUEL SPINOLA,

did willfully make and subscribe a U.S. Individual Tax return, for the tax year 2015, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the defendant represented that he earned $1 in gross business receipts on Line 1 of his Schedule C.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

_____
FOREPERSON

_____
SARA MIRON BLOOM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 16, 2020
Returned into the District Court by the Grand Jurors and filed.

Dawn M. King 6.16.20 4:03pm
_____
DEPUTY CLERK