**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   IRS CI

**City**     Brockton                    **Related Case Information:**

**County**     Plymouth                   Superseding Ind./ Inf. _____     Case No. _____
                                          Same Defendant _____   New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number     17-4250-DHH
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jose Miguel Spinola                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address       (City & State)  Brockton, MA

Birth date (Yr only): 1968   SSN (last4#): 4231   Sex M     Race: Hispanic     Nationality: U.S.

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Sara Miron Bloom              Bar Number if applicable     552351

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____  in  _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   14

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   June 16, 2020          Signature of AUSA:   *Sara Miron Bloom*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Jose Miguel Spinola _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 26 U.S.C. 7206(2) | Aiding Preparation of False Tax Returns | 1-13 |
| Set 2 | 26 U.S.C. 7206(1) | Filing a False Tax Return | 14 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013